

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHRYSANTH GRUENANGERL and BERTHA (PEREZ) GRUENANGERL, | § | No. 08-24-00312-CV |
| | § | Appeal from the |
| Appellants, | § | County Criminal Court at Law #1 |
| v. | § | of El Paso County, Texas |
| ARMANDO SAENZ, | § | (TC# 2024-CCV-00520) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. It appearing to this Court that Appellant is indigent for purpose of appeal, this Court makes no further order with respect to costs. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF DECEMBER 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.